ITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 19-MJ-051 |
| | : | |
| CALVIN ADAMS, | : | VIOLATION: |
| | : | 18 U.S.C. § 2113(a) |
| Defendant. | : | (Bank Robbery) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. § 981(a)(1)(C) |
| | : | 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

### COUNT ONE

On or about March 5, 2019, within the District of Columbia, **CALVIN ADAMS**, by force, violence and intimidation, did take or attempt to take from the person or presence of another, money, approximately $250 in United States currency, belonging to, and in the care, custody, control, management and possession of PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

### COUNT TWO

On or about March 6, 2019, within the District of Columbia, **CALVIN ADAMS**, by force, violence and intimidation, did take or attempt to take from the person or presence of another, money, approximately $280 in United States currency, belonging to, and in the care, custody,

control, management and possession of M&T Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## FORFEITURE ALLEGATION

1.  Upon conviction of either or both offenses alleged in Counts One and/or Two, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of approximately $530 in United States currency.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON

*Jessie K. Liu (s)*
Attorney of the United States in
and for the District of Columbia